NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**VERMONT YANKEE NUCLEAR POWER
CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**ENTERGY NUCLEAR VERMONT YANKEE, LLC
AND ENTERGY NUCLEAR OPERATIONS, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5033, -5034, -5042

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 02-CV-898 and 03-CV-2663, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**O R D E R**

The State of Vermont moves for a 21-day extension of time, until October 24, 2011 to file its amended amicus curiae brief, or in the alternative, a 21-day extension of time from the date of filing of this order. "This motion is unopposed, provided that the United States is granted an enlargement of time such that the deadline for its response would be 30 days from the new deadline for the State of Vermont's amended amicus brief."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The State of Vermont's amended amicus brief is due on or before October 24, 2011. The United States' response brief is due within 30 days from the date of service of the State of Vermont's amended amicus brief.

FOR THE COURT

**SEP 2 1 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Brad Fagg, Esq.
Richard James Conway, Esq.
Harold D. Lester, Jr., Esq.
Kyle Landis-Marinello, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 2 1 2011**

**JAN HORBALY**
**CLERK**